IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donna J. D.,

          Plaintiff,

v.

Commissioner of Social Security,

          Defendant.

Case No. 2:21-cv-5531

Judge Graham

Magistrate Judge Vascura

## Order

This matter is before the Court for consideration of the June 30, 2022 report and recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that the Commissioner of Social Security's non-disability finding be affirmed and that plaintiff's statement of errors be overruled.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would result in a waiver of the right to have the district judge review the report and recommendation *de novo* and a waiver of the right to appeal the decision of the district court adopting the report and recommendation. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The Court agrees with the magistrate judge's report and recommendation (Doc. 15), and it is hereby adopted. The decision of the Commissioner is AFFIRMED, and this action is DISMISSED.

                                                  s/ James L. Graham
                                                  JAMES L. GRAHAM
                                                  United States District Judge

DATE: July 18, 2022